U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

J&J SPORTS PRODUCTIONS, INC.
V.
CAROLE KASZMAR, et al.

Case Number:

**FILED: MAY 06, 2008**
**08CV2581     AEE**
**JUDGE DARRAH**
**MAGISTRATE JUDGE DENLOW**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

J&J SPORTS PRODUCTIONS, INC.

| |
|---|
| NAME (Type or print) <br> Zane D. Smith |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Zane D. Smith |
| FIRM <br> Zane D. Smith & Associates, Ltd. |
| STREET ADDRESS <br> 415 N. LaSalle Street - Suite 300 |
| CITY/STATE/ZIP <br> Chicago, Illinois  60610 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 06184814 | TELEPHONE NUMBER <br> 312-245-0031 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐