*United States District Court for the Northern District of Illinois*

Case Number:                       Assigned/Issued By:

Judge Name: DARRAH          Designated Magistrate Judge: DENLOW

**FEE INFORMATION**

*Amount Due:*    ☐ $350.00    ☐ $39.00    ☐ $5.00

                 ☐ IFP        ☐ No Fee    ☐ Other _____

                 ☐ $455.00

Number of Service Copies _____      Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____      Receipt #: _____

Date Payment Rec'd: _____      Fiscal Clerk: _____

**ISSUANCES**

☐ Summons                          ☐ Alias Summons

☐ Third Party Summons            ☐ Lis Pendens

☐ Non Wage Garnishment Summons    ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons     _____

☐ Citation to Discover Assets           _____
                                                                  (Victim, Against and $ Amount)

☐ Writ _____
           (Type of Writ)

_____Original and _____ copies on _____ as to _____
                                             (Date)

_____

_____