AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

2008 JUN 26 PM 2:46



**SUMMONS IN A CIVIL CASE**

J&J SPORTS PRODUCTIONS, INC.

CASE NUMBER: **08CV2581**

V.

ASSIGNED JUDGE: **JUDGE DARRAH**

Carole Kaszmar, indv. and d/b/a Mama Kazz,
Inc., d/b/a Kazzbarr Lounge and Mama Kazz,
Inc., d/b/a Kazzbarr Lounge

DESIGNATED
MAGISTRATE JUDGE: **MAGISTRATE JUDGE DENLOW**

TO: (Name and address of Defendant)

Mama Kazz, Inc., d/b/a Kazzbarr Lounge
c/o Deanna M. Quinn-McCollian
~~2100 Manchester Road - Suite 1750~~  2N451 Amy Ave,
~~Wheaton, Illinois 60187~~  Glen Ellyn IL 60137

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Zane D. Smith & Associates, Ltd.
415 N. LaSalle Street - Suite 300
Chicago, Illinois 60610

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

Michael W. Dobbins, Clerk

*(signature)*
**(By) DEPUTY CLERK**

May 6, 2008
Date

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 5-15-08 |
| NAME OF SERVER *(PRINT)* Laura Pohl | TITLE Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: MAMA KAZZ INC. C/O CAROLE KASZMAR # 08CV2581 2N451 AMY AVE. GLEN ELLYN ILL, 60137

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5/15/08
Date

*Signature of Server:* Laura Pohl

4647 W. 103rd St., Oak Lawn, IL 60453
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.